| THE GUARDIAN NEWS, INC., | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| CITY OF YONKERS, NEW YORK | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 5/21/2007 at 2:45PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

Party Served: CITY OF YONKERS, NEW YORK        (herein called recipient) therein named.

At Location: 40 SOUTH BROADWAY

YONKERS NY

By delivering to and leaving with MARIA GEORGE and that deponent knew the person so served to be the AUTHORIZED CLERK of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM    Color of Skin BLACK    Color of Hair BLACK
Age 35/40    Height 5'6"
Weight 250    Other Features GLASSES

Sworn to before me on 5/22/2007

_Gail Williams_ (signature)

John Axelrod (signature)

Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4685052
Qualified in Westchester County
Commission Expires September 30, 2010