Brieant, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

THE GUARDIAN NEWS, INC.,

                Plaintiff,        07 Civ. 3802 (CLB)

  -against-

                             **NOTICE OF VOLUNTARY DISMISSAL**
                             & order

CITY OF YONKERS, New York,

                Defendant.

------------------------------------------------------x

    Pursuant to FRCP §41(a)(1) Plaintiff THE GUARDIAN NEWS, INC., by its attorneys Lovett & Gould, LLP, hereby voluntarily dismisses this action without prejudice, costs and/or fees.

Dated: White Plains, N.Y.
         May 29, 2007

                                       LOVETT & GOULD, LLP
                                       By:_____
                                         Jonathan Lovett (4854)
                                         Attorneys for Plaintiff
                                         222 Bloomingdale Road
                                         White Plains, New York 10605
                                         914-428-8401

✓ Dated:
White Plains, New York
~~May~~____, 2007  June 1, 2007

✓ SO ORDERED:

_____
   Charles L. Brieant
      U.S.D.J.